# IN THE SUPREME COURT OF THE STATE OF NEVADA

JEROMY MICHAEL RUCKDASCHEL,
Petitioner,

vs.

THE FOURTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF ELKO;
AND THE HONORABLE NANCY L.
PORTER, DISTRICT JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 79003

FILED

JUL 05 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

This is a petition for a writ of mandamus. Fourth Judicial District Court, Elko County; Judge.

Petitioner has filed a notice of withdrawal of the petition. Cause appearing, the court

ORDERS this petition DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc: Hon. Nancy L. Porter, District Judge
Elko County Public Defender
Attorney General/Carson City
Elko County District Attorney
Elko County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-28737